IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MAKARI ROEHRKASSE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SAVANNAH COLLEGE OF ART AND DESIGN, INC. d/b/a SAVANNAH COLLEGE OF ART AND DESIGN,<br><br>   Defendant. | CIVIL ACTION NO.: 4:20-cv-116 |

**O R D E R**

Plaintiff filed her Complaint initiating this action in the Superior Court of Chatham County on April 28, 2020. (Doc. 1-1.) On May 28, 2020, Defendant removed the case to this Court, (doc. 1), and then filed a Motion to Compel Arbitration, (doc. 15). Roughly a week later, Plaintiff filed a Notice of Dismissal of the case without prejudice. (Doc. 19.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court authorizes and directs the Clerk of Court to **TERMINATE** all pending motions and to **DISMISS** this case **WITHOUT PREJUDICE**.

**SO ORDERED**, this 6th day of July, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA